IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | )   NO. <u>1:21-cr-10070-STA-5</u> |
| | ) |
| v. | ) |
| | ) |
| ROBERTO GARZA, | ) |
| | ) |
|     Defendant. | ) |

_____

**MOTION TO DISMISS INDICTMENT**
_____

The United States of America, by and through Joseph C. Murphy, Jr., United States Attorney for the Western District of Tennessee and Gregory D. Allen, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss the above reference indictment as to Defendant Roberto Garza.

The United States obtained information that Roberto Garza died July 22, 2022. Subsequently, the United States reviewed a certificate of death[1] for Defendant Garza. Therefore, the United States moves to dismiss without prejudice the indictment against Defendant Garza.

                                          Respectfully submitted,

                                          Joseph C. Murphy, Jr.
                                          United States Attorney

By:    <u>s/Gregory D. Allen</u>
        Gregory D. Allen
        Assistant United States Attorney
        167 N. Main, Suite 800
        Memphis, Tennessee 38103
        Telephone: (901) 544-4231

---

[1] The certificate of death is being filed as a "Medical Record" under seal on ECF.

**CERTIFICATE OF SERVICE**

I, Gregory D. Allen, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was forwarded by electronic means via the court's electronic filing system.

DATE: September 12, 2022.

s/Gregory D. Allen<br>
Gregory D. Allen<br>
Assistant United States Attorney